UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:04-cv-06452-AWI-TAG HC |
| | ) | |
|          Petitioner, | ) | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 10) |
| | ) | |
|   v. | ) | ORDER DENYING PETITIONER'S MOTION FOR INJUNCTIVE RELIEF (Doc. 7) |
| | ) | |
| P.L.VAZQUEZ, et al., | ) | ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE |
|          Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 5, 2005, the Magistrate Judge issued a Report and Recommendation that Petitioner's motion for injunctive relief, i.e., access to the prison law library (Doc. 7), be DENIED. (Doc. 10). This Report and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty days of the date of service of the

1 order. Over thirty days have passed and no party has filed objections.

2     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

5     Accordingly, IT IS HEREBY ORDERED that:

6     1. The Report and Recommendation issued July 5, 2005 (Doc. 10), is ADOPTED IN FULL;

7     2. Petitioner's motion for injunctive relief (Doc. 7), is DENIED; and,

8     3. The case is referred back to the Magistrate Judge for further proceedings.

11 IT IS SO ORDERED.

12 **Dated:    October 14, 2005**          **/s/ Anthony W. Ishii**
    0m8i78                                          UNITED STATES DISTRICT JUDGE