UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:04-cv-06452-AWI-TAG-HC |
| Petitioner, | ) | |
| | ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL (Doc. 14) |
| v. | ) | |
| P.L. VAZQUEZ, et al., | ) | ORDER DISREGARDING MOTION TO AMEND PETITION (Doc. 14) |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE RESPONDENTS |

Plaintiff has requested the appointment of counsel. (Doc. 14). The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases.

In the present case, the court does not find the required exceptional circumstances. See Rand, 113 F.3d at 1525. Petitioner contends that he needs counsel because of his limited access to the prison law library and his lack of expertise in the law. Even if it is assumed that Petitioner is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional. This Court is faced with similar cases almost daily. Therefore, Petitioner's request for the appointment of counsel shall be DENIED.

1

Petitioner has also moved to amend the amended petition to reflect the current warden of the prison to which he has recently been transferred. The Court notes that George J. Giurbino is the Warden of Centinela State Prison, Petitioner's current place of confinement. Rule 25 of the Federal Rules of Civil Procedure allows the successor of a public office to *automatically* be substituted as a party. Accordingly, Petitioner's motion to amend the amended petition to include the current warden of Centinela State Prison (Doc. 14), is unnecessary, and will be DISREGARDED. The Clerk of Court is DIRECTED to change the name of Respondent to George J. Giurbino.

**ORDER**

1. In accordance with the above, Petitioner's motion for the appointment of counsel (Doc. 14) is DENIED;

2. Petitioner's motion to amend the amended petition to reflect the current warden of Centinela State Prison is DISREGARDED as unnecessary; and,

3. The Clerk of the Court is DIRECTED to change the name of Respondent to George J. Giurbino.

IT IS SO ORDERED.

Dated:   **June 12, 2006**            **/s/ Theresa A. Goldner**
**j6eb3d**                                      UNITED STATES MAGISTRATE JUDGE

2